Michelle R. Ghidotti-Gonsalves, Esq., (SBN 232837)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. Ste. 206
Anaheim Hills, CA 92807
Ph: (949) 354-2601
Fax: (949) 200-4381

Attorneys for Movant,
Capital One, N.A., as successor by merger to ING
Bank, FSB

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 13-46397 |
| Mohammad Ghezavat, | CHAPTER 7 |
| Debtor. | REF.: MRG-1 |
| | **DECLARATION OF CAPITAL ONE, N.A. IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | DATE: February 26, 2014<br>TIME: 2:00 p.m.<br>CTRM: 201<br>PLACE: 1300 Clay Street, Oakland, CA 94612 |
| | Honorable Roger L. Efremsky |

I, Stephen Witkop, declare:

   1.   I am employed by Capital One, N.A., as successor by merger to ING Bank, FSB ("Movant") as an authorized signer.

   2.   I make this declaration based upon the facts testified herein, all of which are in my personal knowledge, unless stated upon information and belief. As to the statements made upon information and belief, I believe them to be true. If called as a witness, I could and would competently testify thereto.

1

3. I am personally familiar with the records and files of Movant that pertain to loans and extensions of credit given to Debtor concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

4. Debtor MOHAMMAD GHEZAVAT (hereinafter referred to as "Debtor") executed and delivered to Movant that certain interest only adjustable rate note dated August 20, 2007 in the principal amount of $562,500.00 (the "Note"). A true and correct copy of the Note and is attached as Exhibit "1" and incorporated herein by reference.

5. Concurrently therewith, and as security for the Note, the Debtor executed and delivered to Movant a deed of trust which was recorded in the Official Records of Contra Costa County, California as Instrument No. 2007-0252449 on September 06, 2007 (the "Deed of Trust"), and which encumbers the real property located 3683 Silver Oak Place, Danville, CA 94506 (the "Property"). A true and correct copy of the Deed of Trust is attached as Exhibit "2" and incorporated herein by reference.

6. The Debtor has not made monthly payments to Movant in over ten (10) months.

7. The Debtor is contractually due for the March 1, 2013 payment, and all subsequent payments as follows:

| | | |
|---|---|---|
| 2 payments @ $2,456.44 | = | **$4,912.88** |
| (Payment Due 03/1/13 through 04/1/2013) | | |
| 2 payments @ $2,280.66 | = | **$4,561.32** |
| (Payment Due 05/1/13 through 06/1/2013) | | |

DECLARATION OF CAPITAL ONE, N.A. IN SUPPORT OF MOTION FOR RELIEF FROM STAY

6 payments @ $4,994.05      =     **$29,964.30**

(Payment Due 07/1/13 through 12/1/2013)

Total Arrears:                               **$39,438.50**

8. The current unpaid principal balance is no less than approximately $562,498.63

9. The total owed to Movant is no less than approximately **$599,654.23.** Pursuant to Local Bankruptcy Rule 4001-1 (g)(1), a true and correct copy of an Account Statement outlining unpaid post-petition obligations is attached hereto as Exhibit "3" and incorporated herein by reference.

10. Pursuant to the Deed of Trust, Movant is entitled to recover attorney's fees and costs in connection with the matter herein.

11. Pursuant to the Deed of Trust, Movant is entitled to take the necessary steps to protect its security interest in the Property, including advancing taxes, insurance, foreclosure fees and costs and attorney's fees and costs and to assess the costs plus interest, to the balance due under the loan.

12. Movant seeks relief from stay herein to proceed with its non-bankruptcy remedies including, but not limited to, continuing its efforts to foreclosure upon the Property, obtaining possession of and selling the Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this _6th_ day of _February_, 2014 at Plano, Texas.

_____

Capital One, N.A., as successor by merger to ING Bank, FSB

Stephen Witkop, AVP Home Loans

DECLARATION OF CAPITAL ONE, N.A. IN SUPPORT OF MOTION FOR RELIEF FROM STAY